UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT F. KAPPEN,<br><br>            Plaintiff,<br><br>       v.<br><br>ROBERT A. MCDONALD, et al.,<br><br>            Defendants. | No. 2:15-cv-0901-MCE-KJN PS<br><br><br>ORDER |

In light of the notice of voluntary dismissal (ECF No. 6) and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), IT IS HEREBY ORDERED that:

1. The action is dismissed.
2. All scheduled dates and deadlines are vacated.
3. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: July 29, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1